# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

―――――――

No. 19-40382
Summary Calendar

―――――――

United States Court of Appeals
Fifth Circuit

**FILED**
April 6, 2020

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

RAY GREEN,

Defendant-Appellant

―――――――

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 2:18-CR-1388-1

―――――――

Before JOLLY, JONES, and SOUTHWICK, Circuit Judges.

PER CURIAM:[*]

Ray Green appeals the within-guidelines sentence of 210 months of imprisonment imposed following his guilty-plea convictions for conspiring to possess with intent to distribute more than 50 grams of methamphetamine and possessing a firearm in relation to a drug trafficking crime. He contends that the district court failed to consider the 18 U.S.C. § 3553(a) factors.

―――――――

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 19-40382

Because he did not raise this alleged procedural error in the district court, we review for plain error only. *United States v. Mondragon-Santiago*, 564 F.3d 357, 361-62 (5th Cir. 2009). As Green's sentence falls within the applicable guidelines range, we infer that the district court considered the § 3553(a) factors. *United States v. Mares*, 402 F.3d 511, 519-20 (5th Cir. 2005). Moreover, Green does not even attempt, and thus fails, to show plain error. *See Puckett v. United States*, 556 U.S. 129, 135 (2009).

AFFIRMED.